UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 5 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>PETER FRIEDMAN (5),<br><br>               Defendant. | CASE NO. 14CR0196-DHB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, with prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Misdemeanor Information:

21:331(q)(1)(B) and 333(a)(1) - Failure to Furnish Required Information

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: FEBRUARY 3, 2015

David H. Bartick
U.S. Magistrate Judge